# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROBINSON, | No. 2:20-CV-1189-JAM-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| KENNETH BRYANT, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is plaintiff's request, ECF No. 9, to re-schedule the initial scheduling conference, currently set for November 4, 2020. Good cause appearing therefor, plaintiff's request is granted. The scheduling conference is hereby advanced to October 7, 2020, at 10:00 a.m., before the undersigned in Redding, California. Upon his appearance in the action, plaintiff shall provide defendant with a copy of this order.

IT IS SO ORDERED.

Dated: July 21, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1