IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joseph Robinson,<br>                    Plaintiff,<br>vs.<br>Kenneth Bryant,<br>                    Defendant. | No.  2:20-CV-1189-JAM-DMC<br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action.  On the Court's own motion, the scheduling conference set for October 7, 2020, is vacated pending resolution of defendant's motion to dismiss.  Plaintiff's motion for reconsideration, ECF No. 11, of the Court's July 21, 2020, order advancing the scheduling conference is denied as moot.

IT IS SO ORDERED.

Dated:  September 3, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1