**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH ROBINSON, | No. 2:20-CV-1189-JAM-DMC |
| Plaintiff, | |
| v. | ORDER |
| KENNETH BRYANT, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pursuant to Eastern District of California Local Rule 230(g), the hearing scheduled for October 7, 2020, at 10:00 a.m., before the undersigned in Redding, California, on Defendant's motion to dismiss, Plaintiff's motion for sanctions, and Plaintiff's motion for default judgment is hereby taken off calendar and the matters are submitted on the record and briefs without oral argument. Plaintiff has filed a response to Defendant's motion to dismiss and the time for Defendant to file a reply has expired. Plaintiff's replies to Defendant's oppositions to his motions for sanctions and for default judgment are due by October 1, 2020.

IT IS SO ORDERED.

Dated: September 24, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1