IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROBINSON,<br><br>   Plaintiff,<br><br> v.<br><br>KENNETH BRYANT,<br><br>   Defendant. | No.  2:20-CV-1189-JAM-DMC<br><br><br><br>ORDER |

   Plaintiff, who is proceeding pro se, brings this civil action.  Each of the parties in the above-captioned case has filed a Consent to Proceed Before a United States Magistrate Judge.  See 28 U.S.C. § 636(c); see also ECF Nos. 7 and 14.  This case shall, therefore, be reassigned to a Magistrate Judge for all further proceedings and entry of final judgment.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS ORDERED that:

1. The Clerk of the Court is directed to reassign this case to the Honorable Dennis M. Cota as the presiding judge; and

2. The caption on all documents filed in the reassigned case shall show case number 2:20-CV-1189-DMC.

DATED: September 28, 2020

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

I am the United States Magistrate Judge currently assigned to this case. I accept reassignment of this case for all further proceedings, including entry of final judgment, by myself or such other Magistrate Judge as may be assigned.

Dated:  September 28, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2