IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROBINSON, | No. 2:20-CV-1189-JAM-DMC |
| Plaintiff, | |
| v. | ORDER |
| KENNETH BRYANT, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. On September 24, 2020, the Court issued an order vacating the hearing on Defendant's motion to dismiss and plaintiff's motions for sanctions and default judgment. See ECF No. 22. That order erroneously indicated that the time for Defendant to file a reply in support of his motion to dismiss has expired. Given the error, the Court sua sponte extends all deadlines. Defendant's reply in support of his motion to dismiss is due by October 9, 2020. Plaintiff's replies in support of his motions for sanctions and default judgment are also due by October 9, 2020.

IT IS SO ORDERED.

Dated: September 29, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1