IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROBINSON, | No. 2:20-CV-1189-JAM-DMC |
| Plaintiff, | |
| v. | ORDER |
| KENNETH BRYANT, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pursuant to Eastern District of California Local Rule 230(g), the hearing scheduled on Plaintiff's motion for leave to amend, ECF No. 54, for February 24, 2021, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

Dated:  February 17, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1