**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH ROBINSON, | No. 2:20-CV-1189-DMC |
| Plaintiff, | |
| v. | ORDER |
| KENNETH BRYANT, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. Due to the continued closure of the courthouses in the Eastern District of California to the public, the scheduling conference set for April 14, 2021, before the undersigned in Redding, California, at 10:00 a.m. is hereby taken off calendar and submitted on the file. The parties shall file a joint scheduling conference statement on or before April 7, 2021. Upon filing of a joint scheduling conference statement, the Court will issue a schedule for this litigation.

IT IS SO ORDERED.

Dated: March 24, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1