IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROBINSON,<br><br>        Plaintiff,<br><br>   v.<br><br>KENNETH BRYANT,<br><br>        Defendant. | No.  2:20-CV-1189-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pursuant to Eastern District of California Local Rule 230(g), the hearing scheduled on Plaintiff's request for judicial notice, ECF No. 65, for April 14, 2021, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

        IT IS SO ORDERED.


Dated:  April 6, 2021

                                              _____<br>
                                              DENNIS M. COTA<br>
                                              UNITED STATES MAGISTRATE JUDGE