IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROBINSON, | No. 2:20-CV-1189-DMC |
| Plaintiff, | |
| v. | ORDER |
| KENNETH BRYANT, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. A review of the docket reflects that Plaintiff has filed several motions for summary judgment. See ECF Nos. 73 (original motion), 76 (first amended motion), 86 (second amended motion), and 87 (third amended motion). By separate order, the Court grants Plaintiff's request to withdraw his original motion at ECF No. 73. By this order, the Court will disregard the first and second amended motions at ECF Nos. 76 and 86, as those motions have been superseded by Plaintiff's third amended motion at ECF No. 87, which is set for hearing before the undersigned on September 22, 2021.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions at ECF Nos. 76
2 and 86 are disregarded and the Clerk of the Court is directed to terminate these filings as pending
3 motions.

5 Dated:  September 16, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE