**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH ROBINSON,<br><br>        Plaintiff,<br><br>    v.<br><br>KENNETH BRYANT,<br><br>        Defendant. | No.  2:20-CV-1189-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's notice, ECF No. 75, of withdrawal of his original motion for summary judgment, ECF No. 73, filed on July 19, 2021. Good cause appearing therefor, Plaintiff's notice is construed as a motion to withdraw and, so construed, is granted. Plaintiff's motion for summary judgment filed on July 19, 2021, will be disregarded.

        IT IS SO ORDERED.

Dated:  September 16, 2021

                                     _____
                                     DENNIS M. COTA
                                     UNITED STATES MAGISTRATE JUDGE