IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROBINSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH BRYANT,<br><br>　　　　　Defendant. | No. 2:20-CV-1189-DMC<br><br><br>ORDER |

　　　　Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's request, ECF No. 72, to withdraw the request for judicial notice, ECF No. 65, submitted by Plaintiff on March 11, 2021. Good cause appearing therefor, Plaintiff's request to withdraw is granted. Plaintiff's March 11, 2021, request for judicial notice will be disregarded.

　　　　IT IS SO ORDERED.

Dated: September 16, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1